STEPHANIE HINDS (CSBN 154284)
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
LYNN HARADA (CSBN 267616)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
    Telephone:  (510) 970-4820
    Facsimile:  (415) 744-0134
    lynn.harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY MARIA THOMAS, <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI[1], <br> Acting Commissioner of Social Security, <br><br> Defendant. | CIVIL NO.:  4:20-CV-03239-YGR <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. & ~~Prop.~~ Order for Remand; 4:20-CV-03239-YGR    1

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to offer Plaintiff the opportunity for a hearing and reevaluate the medical evidence.  The ALJ will take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

CHERMOL AND FISHMAN, LLC

Dated: August 12, 2021         By:     */s/ David F. Chermol*
                                       DAVID F. CHERMOL
                                       Attorney for Plaintiff
                                       (*by email authorization)

Dated: August 12, 2021                 STEPHANIE HINDS
                                       Acting United States Attorney

                               By:     */s/ Lynn Harada*
                                       LYNN HARADA
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant

IT IS SO ORDERED:

DATE: August 16, 2021          _____
                               THE HONORABLE YVONNE GONZALEZ ROGERS
                               UNITED STATES DISTRICT JUDGE

Stip. & ~~Prop.~~ Order for Remand; 4:20-CV-03239-YGR    2